FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 OCT 29  PM 3: 43

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WB MUSIC CORP., WARNER-TAMERLANE PUBLISHING CORP., COTILLION MUSIC, INC., NOONTIME TUNES AND W.B.M. MUSIC CORP., <br><br>         **Plaintiffs,** <br><br> CASH MONEY RECORDS, INC., RONALD WILLIAMS AND BRYAN WILLIAMS, <br>         **Defendants.** | CIVIL ACTION <br><br> NO.  **07-7560** <br><br> SECTION "**SECT. A MAG. 1**" <br><br> MAGISTRATE ___ |

\*     \*     \*     \*     \*     \*     \*     \*     \*

## COMPLAINT

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, WB Music Corp.,

Warner-Tamberlane Publishing Corp., Cotillion Music, Inc., Noontime Tunes and W.B.M. Music

Corp. ("Plaintiffs"), who for complaint against defendants, Cash Money Records, Inc., Ronald

Williams and Bryan Williams ("Defendants"), represent as follows:

## PARTIES

1.

Made plaintiffs herein are:

Fee $350.00 ___
Process ___
X Dktd ___
CtRmDep ___
Doc. No. ___

A.    WB Music Corp., a California corporation with its principal place of business in California.

B.    Warner-Tamerlane Publishing Corp., a California corporation with its principal place of business in California.

C.    Cotillion Music, Inc., a Delaware corporation with its principal place of business in California.

D.    Noontime Tunes, a Georgia corporation with its principal place of business in Georgia.

E.    W.B.M. Music Group, a Delaware corporation with its principal place of business in California.

2.

Made defendants herein are:

a.    Cash Money Records, Inc., is a Louisiana corporation with its principal place of business and doing business in this district but is not in good standing as it has failed to file an annual report since August 12, 2005.

b.    Ronald Williams is a person of the full age of majority and a citizen and resident of the State of Louisiana.

c.    Bryan Williams is a person of the full age of majority and a citizen and resident of the State of Louisiana.

## JURISDICTION

### 3.

This Court has subject matter jurisdiction over this action pursuant to 28 USC § 1331 as the suit arises under the laws of the United States, particularly, United States copyright law, and pursuant to 28 USC §1332 as there is complete diversity of citizenship between the plaintiff and each of the defendants and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

## VENUE

### 4.

Venue is appropriate in this district as substantial portion of the activities have taken place in and occurred in this district and defendants are citizens and residents of this district.

## FACTUAL ALLEGATIONS

### 5.

Plaintiffs own and/or administer copyrights of various songs and musical compositions which have been used, sampled, and/or published by Defendants both with and without licensing agreements with Plaintiffs.

The copyrights owned in whole or in part by Plaintiffs for which Defendants have a mechanical license include (collectively the "Licensed Works"):

Album: The Mind of Mannie Fresh

Songs: 1. "Shake That Ass"

3

Album: Birdman

Songs: 1. "Never Had Nothin"

2. "How It Be"

6.

For numerous other works, Defendants and Plaintiffs have no formal agreement and Defendants have not served notice of their intent to obtain a compulsory license pursuant to 17 USC 115. The copyrights owned in whole or in part by Plaintiffs for which Defendants have neither given notice of their intention to obtain a compulsory license nor negotiated a mechanical license include (collectively the "Infringed Works"):

Album:  Tha Carter II

Songs:        1. Get Over (Sample Share)

2. Get Over

3. Tha Mobb

4. Fly In

5. Money on My Mind

6. Fireman

7. Mo Fire

8. Best Rapper Alive

9. Lock and Load

4

10. Oh No

11. Grown Man

12. Hit Em Up

13. Carter II

14. Huslter Musik

15. Receipt

16. Shooter

17. Weezy Baby

18. I'm a Dboy

19. Feel Me

20. Fly

Album:      Tha Carter II: Chopped & Screwed

Songs:      1. Get Over (Sample Share)

2. Get Over

3. Tha Mobb

4. Fly In

5. Money on My Mind

6. Fireman

7. Mo Fire

5

8. Best Rapper Alive

9. Lock and Load

10. Oh No

11. Grown Man

12. Hit Em Up

13. Carter II

14. Huslter Musik

15. Receipt

16. Shooter

17. Weezy Baby

18. I'm a Dboy

19. Feel Me

20. Fly

Album:      500 Degreez

            Song:      1. Way of Life (Sample)


Album:      Big Money Heavyweight:  Screwed & Chopped

            Songs:     1. I'm a Dog/I'm Sorry

                       2. Down South

6

3. A Beautiful Life

Album:          Big Money Heavyweight

                  Songs:          1. I'm a Dog/I'm Sorry

                                 2. Down South

Album:          Hood Rich

                  Songs:          1. Sunny Day

                                 2. Da Man

                                 3. Get High

                                 4. I'm Comin'

Album:          Perfect Timing

                  Songs:          1.Ride Tonight

                                 2.Hot S**T

Album:          Birdman

                  Songs:          1. Fly In Any Weather

                                 3. On the Rocks

                                 5. Heads Up

                                 6. Hustlas, Pimps & Thugs

                                 7. Do That... (Timing 5:01)

                                 8. Ice Cold

Album:      Like Father, Like Son

         Songs:      1. Over Here Hustlin'

                        2. Stuntin' Like My Daddy

                        3. 1st Key

                        4. Like Father, Like Son

                        5. You Ain't Know

                        6. Family Rules (Skit)

                        7. No What I'm Doin'

                        8. Don't Die

                        9. Ain't Worried Bout S***T

                        10. Leather So Soft

                        11. Army Gunz

                        12. Protector (Skit)

                        13. Get that Money

                        14. No More

                        15. High

                        16. Kali Dro

                        17. All About That

                        18. Respect (Skit)

19. Shooter

Album:      Do That...

            Song:      1. Do That...

7.

On June 26, 2007, Defendants acknowledged that their use of the above works created a debt in favor of Plaintiffs and they further acknowledged that debt by making one payment of $400,000.00.

## **BREACH OF CONTRACT**

8.

Pursuant to various agreements, Defendants have committed to pay mechanical licensing fees to Plaintiffs in connection with Defendants' use of the "Licensed Works". Among other things, the agreements require Defendants to account for their use of the works and to pay royalties to the Plaintiffs.

9.

After notice was given to Defendants, they failed to make the requisite payments as required by the various agreements for the "Licensed Works" and have further failed to provide an appropriate accounting demonstrating precisely the amount owned.

9

10.

Defendants have provided no explanation for their refusal to honor the agreements and therefore, based on information and belief, Defendants' breach and misconduct is in bad faith. As a result of Defendants' bad faith breach of contract, Plaintiffs are further entitled to consequential damages and attorneys fees.

## COPYRIGHT INFRINGEMENT

11.

At the time of their use of the "Infringed Works," Defendants knew that Plaintiffs owned or had an interest in the copyrights to each of the works. Defendants' willful publication and use of the "Infringed Works" without a license infringes on the Plaintiffs' exclusive use of its copyrighted work. Defendants are not entitled to a compulsory license over any of the "Infringed Works" as they have never served notice of their intent to use the works.

12.

Plaintiffs seek lost profits for Defendants' use of these infringed works. Although the exact gross sales figures are unknown due to Defendants' lack of accounting, the number of units sold exceeds 5,000,000.                                        13.

Plaintiffs are entitled to the recovery of their full costs and attorney's fees based on the Defendants' willful and intentional infringement of the Plaintiffs' copyrighted works.

## DAMAGES AND RELIEF REQUESTED

### 14.

Despite requests from Plaintiffs for a full and complete accounting, full payment has not been made and no accounting has been supplied.

### 15.

As a result of Defendants' failure provide a complete and proper accounting for the "Licensed Works" and their failure to pay royalties for those works, Defendants have breached their contractual commitments to Plaintiffs. Defendants are indebted unto Plaintiffs for their breach of contract and bad faith breach of contract.

### 16.

Plaintiffs seek specific performance of the contracts in the form of a proper accounting for the songs and payment of appropriate royalties. Defendants' bad faith also necessitates the awarding of costs, attorney's fees and consequential damages in favor of Plaintiffs.

### 17.

As a result of Defendants' use of the "Infringed Works," Defendants have infringed upon the plaintiff's exclusive copyright. Plaintiffs are entitled to lost profits in the form of gross sales of units sold attributable to the "Infringed Works."

11

18.

At all times, Defendants knew that Plaintiffs were the owners of the "Infringed Works," but they willfully published and collected profits on these works without making appropriate payments to Plaintiffs. As a result of Defendants's willful infringement, Plaintiffs seeks costs and attorney's fees.

19.

As the Defendants have shown continual disregard for the Plaintiffs' copyrights and because of the Defendants' continued willful breaches, Plaintiffs request injunctive relief in the form of an order enjoining Defendants from exploiting the "Licensed Works" and the "Infringed Works."

## CORPORATE VEIL

20.

On information and belief, Cash Money Records, Inc. has not been properly operated as a corporation. To the contrary, necessary corporate formalities have been completely ignored.

21.

Consequently, its individual owners, Ronald Williams and Bryan Williams are not entitled to be insulated from personal liability.

12

22.

As a result thereof, Plaintiffs are entitled to pierce the corporate veil so as to hold defendants, Ronald Williams and Bryan Williams, individually responsible for the obligations and debts of Cash Money Records, Inc.

22.

Based upon Plaintiffs' entitlement to penetrate the corporate veil, each of the individuals, Ronald Williams and Bryan Williams, is individually and personally responsible for the full amounts owed to the Plaintiffs.

**WHEREFORE,** Plaintiffs, WB Music Corp., Warner-Tamberlane Publishing Corp., Cotillion Music, Inc., Noontime Tunes and W.B.M. Music Corp., pray that this Complaint be filed and served and that after all due proceedings are had, there be judgment herein in their favor enjoining the Defendants from further exploiting the "Licensed and Infringed Works," ordering Defendants to provide an accounting and further awarding to Plaintiffs all sums due to Plaintiffs as a result of Defendants' copyright infringement, breach of contract and failure to pay royalties where due and owing. Plaintiffs also pray for all legal interest due from the date on which each such payment became due or as otherwise appropriate, plus all costs of these proceedings and, attorney's fees. Plaintiffs further pray for all such remedies which are available in law and equity and which are due under the premises.

13

Respectfully submitted,

LOWE, STEIN, HOFFMAN, ALLWEISS
& HAUVER, L.L.P.

MICHAEL R. ALLWEISS, T.A. (#2425)
MELVIN D. ALBRITTON (#27936)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139
(504) 581-2450
(504) 581-2461 (Fax)
Counsel for Plaintiffs, WB Music Corp.,
Warner-Tamberlane Publishing Corp.,
Cotillion Music, Inc., Noontime Tunes and
W.B.M. Music Corp.

PLEASE SERVE:

Cash Money Records, Inc.
Through its registered agent:
Ronald Williams
2800 Veterans Memorial Blvd., Suite 216
Metairie, LA   70002

Ronald Williams
100 James Drive, No. 130
St. Rose, LA   70087

Bryan Williams
100 James Drive, No. 130
St. Rose, LA   70087

14