UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WB MUSIC CORP., WARNER-TAMERLANE PUBLISHING CORP., COTILLION MUSIC, INC., NOONTIME TUNES AND W.B.M. MUSIC CORP., | * * | CIVIL ACTION NO. 07-7560 |
| Plaintiffs, | * | SECTION "A" |
| CASH MONEY RECORDS, INC., RONALD WILLIAMS AND BRYAN WILLIAMS, Defendants. | * * | MAGISTRATE (1) |

\* \* \* \* \* \* \* \* \*

**CORPORATE DISCLOSURE STATEMENT**

**NOW COME** plaintiffs, WB Music Corp., Warner-Tamberlane Publishing Corp., Cotillion Music, Inc., Noontime Tunes, and W.B.M. Music Corp., who file this corporate disclosure by and through undersigned counsel in compliance with Local Rule 5.6 and Fed.R.Civ.P. 7.1.  WB Music Corp., Warner-Tamberlane Publishing Corp., Cotillion Music, Inc., and W.B.M. Music Corp. are owned by Warner Music Group Acquisition Corp., which is a wholly owned subsidiary of Warner Music Group Corp., a publicly traded company on the New York Stock Exchange under symbol WMG.  Plaintiff, Noontime Tunes, is not a publicly traded company and has no parent.

Respectfully submitted,

LOWE, STEIN, HOFFMAN, ALLWEISS
 & HAUVER, L.L.P.


 /s/ Melvin D. Albritton
MICHAEL R. ALLWEISS, T.A. (#2425)
MELVIN D. ALBRITTON (#27936)
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139-7735
(504) 581-2450
(504) 581-2461 (Fax)
Counsel for Plaintiffs, WB Music Corp., Warner-Tamberlane Publishing Corp., Cotillion Music, Inc., Noontime Tunes and W.B.M. Music Corp.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 23rd day of April, 2008.


 /s/ Melvin D. Albritton
MELVIN D. ALBRITTON