# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WB MUSIC CORP., WARNER-TAMERLANE PUBLISHING CORP., COTILLION MUSIC, INC., NOONTIME TUNES AND W.B.M. MUSIC CORP.,** | * | **CIVIL ACTION** |
| | * | **NO. 07-7560** |
| **Plaintiffs,** | * | **SECTION "A"** |
| **CASH MONEY RECORDS, INC., RONALD WILLIAMS AND BRYAN WILLIAMS,** | * | **MAGISTRATE (1)** |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO STAY

**NOW INTO COURT,** through undersigned counsel, comes plaintiffs, WB Music Corp., Warner-Tamerlane Publishing Corp., Cotillion Music, Inc., Noontime Tunes and W.B.M. Music Corp. ("Warner/Chappell"), who move this Court to stay these proceedings pending resolution of certain issues precedent to the settlement agreement reached between the parties.  Although the parties have reached a settlement agreement, certain events must transpire in order for  its terms to be fully effective.  Thus, the parties request the entry of a stay order and suggest that it is in the interest of judicial economy and efficiency to stay this matter until such time as the events necessary

for settlement have occurred.  Once the conditions precedent to the settlement are resolved, plaintiffs will move for a dismissal or, in event the conditions are not met, the lifting of the stay.

The undersigned has conferred with defense counsel on this issue and is authorized to represent that the defendants have no objection to this Motion to Stay.

**WHEREFORE**, plaintiffs move for the entry of an order staying these proceedings.

**Respectfully submitted,**

**LOWE, STEIN, HOFFMAN, ALLWEISS & HAUVER, L.L.P.**


*/s/ Melvin D. Albritton*
**MICHAEL R. ALLWEISS, T.A. (#2425)**
**MELVIN D. ALBRITTON (#27936)**
**701 Poydras Street, Suite 3600**
**New Orleans, Louisiana 70139**
**(504) 581-2450**
**(504) 581-2461 (Fax)**
**Email:        MAllweiss@LSHAH.COM**
**              MAlbritton@LSHAH.COM**
**Attorneys for WB Music Corp., Warner-Tamberlane Publishing Corp., Cotillion Music, Inc., Noontime Tunes and W.B.M. Music Corp.**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, or U.S. Mail, postage prepaid and properly addressed to those who are not, on  this 24th of September, 2008.


*/s/ Melvin D. Albritton*
**MELVIN D. ALBRITTON**