UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WB MUSIC CORP., WARNER-TAMERLANE PUBLISHING CORP., COTILLION MUSIC, INC., NOONTIME TUNES AND W.B.M. MUSIC CORP.,<br>　　　　　Plaintiffs, | CIVIL ACTION<br><br>NO. 07-7560<br><br>SECTION "A" |
| CASH MONEY RECORDS, INC., RONALD WILLIAMS AND BRYAN WILLIAMS,<br>　　　　　Defendants. | MAGISTRATE (1) |

\* \* \* \* \* \* \* \* \*

## ORDER OF STAY

Considering the foregoing Motion to Stay,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that the Motion to Stay be and is hereby granted, staying the proceedings until such time as the parties report to the court regarding the resolution of the settlement agreement. *Clerk to close this action for administrative purposes.*

NEW ORLEANS, LOUISIANA, this 25th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE